UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN THERESA LEWIS, | ) | |
| Plaintiff(s), | ) | No. C09-4890 BZ |
| v. | ) | |
| WELLS FARGO BANK, | ) | **ORDER TO SHOW CAUSE** |
| Defendant(s). | ) | |

By Order dated October 14, 2009, a case management conference was scheduled for February 1, 2010. Plaintiff did not file a case management statement and did not attend. Nor does it appear that she has served defendant. **IT IS ORDERED** that plaintiff shall show cause, or explain, in writing by **FEBRUARY 17, 2010,** why this case should not be dismissed for failure to prosecute and failure to comply with Court orders. A hearing on the Order To Show Cause is scheduled for **MARCH 1, 2010, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall appear. By no later than **FEBRUARY 17, 2010**, plaintiff shall consent to or decline magistrate judge

1

jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov

Dated: February 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LEWIS V. WELLS FARGO BANK\OSC.wpd