UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN THERESA LEWIS,

       Plaintiff,

  v.

WELLS FARGO BANK et al,

       Defendant.
                                         /

Case Number: CV09-04890 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached ORDER TO SHOW CAUSE, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Karen Theresa Lewis
3036 Gardella Plaza
Livermore, CA 94551

Dated: February 2, 2010

                                        Richard W. Wieking, Clerk

                                        By: Ada Yiu, Deputy Clerk