Caroline Allen, Attorney   Special Appearance (157377)

Name and Address
22 Battery #333
San Francisco Ca 94111
(415) 986-1690
fx 1699

FILED
2010 FEB 24 P 12:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Karen Theresa Lewis

**Plaintiff / Petitioner**

VS.

Wells Fargo Bank

**Defendant / Respondent**

Case No. CV 09 04890 BZ

Document Name:
Motion: Request to Appear for OSC Response by Telephone via #(415) 922 0790

Plaintiff's Counsel respectfully requests to appear at the Show Cause Hearing set for Monday, March 1, 2010 at 4 p.m. before Judge Bernard Zimmerman by Telephone.

Date: 2/24/10

Caroline Allen

(Proposed) ORDER
ordered that Council may appear by phone by calling (415) 522-2015.
2/25/10

Judge Zimmerman

DENIED
Bernard Zimmerman
Judge Bernard Zimmerman

DATED: 2/25/2010 - **Request is DENIED, counsel must appear at the hearing.**