UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN THERESA LEWIS,

      Plaintiff,

  v.

WELLS FARGO BANK et al,

      Defendant.
                         /

Case Number: CV09-04890 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached ORDER DENYING REQUEST TO APPEAR FOR OSC BY TELEPHONE, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Caroline Allen
Attorney at Law
22 Battery Street, Suite 333
San Francisco, CA 94111

Dated: February 25, 2010

                                        Richard W. Wieking, Clerk

                                        By: Ada Yiu, Deputy Clerk