UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN THERESA LEWIS | ) | |
| Plaintiff(s), | ) | No. C09-4890 PJH (BZ) |
| v. | ) | |
| WELLS FARGO BANK, | ) | **NOTICE OF RECUSAL** |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: May 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\LEWIS V. WELLS FARGO RECUSAL.wpd