UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN LEWIS,

        Plaintiff(s),                         No. C 09-4890 PJH

   v.                                       **ORDER OF DISMISSAL**

WELLS FARGO BANK,

        Defendant(s).

_____/

    The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause and the magistrate judge who presided over the settlement conference having advised by minute order of the settlement, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

    IT IS SO ORDERED.

Dated: August 17, 2010

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge