1  CAROLINE G. ALLEN (SBN 157377)
   caguzzetta@aol.com
2  22 Battery Street, Suite 333
   San Francisco, CA  94111
3  Telephone:     (415) 986-1690
   Facsimile:      (415) 986-1699
4
   Attorney for Plaintiff
5  KAREN THERESA LEWIS

6

7  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
8  MARK R. CONRAD  (SBN 255667)
   Mark.Conrad@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
10 San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
11 Facsimile:      (415) 512-4077

12 Attorneys for Defendant
   WELLS FARGO BANK N.A.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Karen Theresa Lewis, | CASE NO.  CV-09-4890-PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | |
| Wells Fargo Bank N.A., | **The Hon. Phyllis J. Hamilton** |
| Defendant. | |

1  WHEREAS, all parties have stipulated to the dismissal of the above captioned lawsuit;

2  NOW, THEREFORE, good cause appearing, the Court hereby ORDERS that the above-
captioned lawsuit, and all claims asserted therein, is hereby DISMISSED WITH PREJUDICE.

I, Mark R. Conrad, attest that I have obtained concurrence from other counsel listed below in the filing of this STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION.  See N.D. Cal. Gen. Order 45 § 10(B).

DATED: October 11, 2010            Caroline G. Allen, A Professional Corporation
                                   CAROLINE G. ALLEN


                                   By:     */s/ Caroline G. Allen*
                                           CAROLINE G. ALLEN

                                   Attorney for Plaintiff
                                   KAREN THERESA LEWIS

DATED: October 11, 2010            Munger, Tolles & Olson LLP
                                   MALCOLM A. HEINICKE
                                   MARK R. CONRAD


                                   By:     */s/ Mark R. Conrad*
                                           MARK R. CONRAD

                                   Attorneys for Defendant
                                   WELLS FARGO BANK N.A.


PURSUANT TO STIPULATION, IT IS SO ORDERED.  This action is hereby dismissed with prejudice in its entirety.


DATED:  October 21    , 2010       _____
                                   UNITED STATES DISTRICT JUDGE

                                   *IT IS SO ORDERED*
                                   *Judge Phyllis J. Hamilton*

11859033.1                  - 2 -          STIUPLATION OF DISMISSAL WITH PREJUDICE;
                                           CV-09-4890-PJH